BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: Target Herbal Supplements Litigation

     MDL-_____

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND TRANSFER UNDER
28 U.S.C. § 1407

**PLEASE TAKE NOTICE** that on February 18, 2015, or as soon thereafter as may be heard, Melanie Barber, Plaintiff in the case styled *Melanie Barber, individually and on behalf of herself, all others similarly situated, and the general public v. Target Corporation*, 3:15-cv-00568 (N.D. Cal.) hereby will move and hereby does move for an Order for consolidation and transfer of pretrial proceedings under 28 U.S.C. § 1407 for the following actions:

- *Barber v. Target Corporation*, No. 3:15-cv-00568 (N.D. Cal.).
- *De La Torre et al. v. Target Corporation, et al.*, 5:15-cv-00559-HRL (N.D. Cal.).
- *Sparks v. Target Corporation, et al.*, No. 5:15-cv-05033-TLB (W.D. Ark.).
- *Farrell v. Target Corporation,* No. 3:15-cv-00635-MEJ (N.D. Cal.).

Plaintiff's Motion to Transfer Pursuant to § 1407 should be granted and all of these related actions, as well as any subsequently filed actions against Target Corporation, Inc. containing Similar allegations should be transferred to the United States District Court for the Northern District of California.

                    Respectfully Submitted,

Dated: February 18, 2015

                    */s/ Ronald A. Marron*
                    By: Ronald A. Marron
                    **LAW OFFICES OF RONALD A. MARRON, APLC**
                    RONALD A. MARRON
                    SKYE RESENDES
                    651 Arroyo Drive
                    San Diego, California 92103
                    Telephone: (619) 696-9006
                    Facsimile: (619) 564-6665

                    ***Attorneys for Plaintiff and the Proposed Class***